

# Fourth Court of Appeals
## San Antonio, Texas

September 3, 2025

No.04-25-00153-CV

Bobin Thomas **GEORGE**,
Appellant

v.

Bobbie Ann **DIRR**,
Appellee

From the 456th District Court, Guadalupe County, Texas
Trial Court No. 24-1568-CV-E
Honorable Heather H. Wright, Judge Presiding

**ORDER**

Sitting:    Rebeca C. Martinez, Chief Justice
H. Todd McCray, Justice
Velia J. Meza, Justice

In accordance with this court's opinion of this date, this appeal is DISMISSED WITH PREJUDICE. All other relief is DENIED. We order that costs be assessed against Appellant.

It is so **ORDERED** on September 3, 2025.

_____
H. Todd McCray, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of September, 2025.

_____
Caitlin A. McCamish, Clerk of Court